UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MATTHEW RYAN FINKENAUR,                    Civil No. 06-2559 (PAM/JSM)

      Plaintiff,

      v.                                **ORDER**

HOMECOMINGS FINANCIAL,
CREVECOR MORTGAGE INC., and
CLEAR WATER TITLE,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 22, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 13, 2006

                     s/ Paul A. Magnuson
                     PAUL A. MAGNUSON
                     United States District Court Judge